**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1100**

_____

FRANK J. GARLAND,

                 Plaintiff - Appellant,

       v.

ERNEST LEVERING, c/o Balto Stevedore; DAVID P. HARTMAN;
DAVID HARTMAN,

                 Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:09-cv-00941-RDB)

_____

Submitted:  May 20, 2010              Decided:  May 26, 2010

_____

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Frank J. Garland, Appellant Pro Se.  Michael J. Collins, MICHAEL
J. COLLINS, PC, Highland, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank J. Garland appeals the district court's order granting summary judgment to Ernest Levering and David P. Hartman on Garland's claim of race discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Garland v. Levering, No. 1:09-cv-00941-RDB (D. Md. Jan. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED